UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:16-cr-00051-JMS-DML |
| ) | |
| OLIVIA ABRON (01), ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION AND REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's recommendation that the Court modify defendant Olivia Abron's supervised release pursuant to Rule 32.1(a)(1), *Federal Rules of Criminal Procedure*; and 18 U.S.C. § 3583(e), and acknowledging that the parties waived the fourteen-day objection period, the Court **APPROVES and ADOPTS** Magistrate Judge Dinsmore's Amended Report and Recommendations [dkt. 25]. The original Report and Recommendation [dkt. 21] shall be **terminated**.

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia, except as prescribed by a physician."** |
| | Olivia Abron submitted urinalyses that tested positive for marijuana on February 10, 2016; March 16 and 28, 2016; April 12 and 25, 2016; May 4 and 23, 2016; June 1, 6 and 27, 2016; and July 8, 2016. She also submitted a dilute[d] specimen on May 9, 2016. |

Therefore, the Court modifies the conditions of Ms. Abron's supervised release to include:

- You shall report to the probation office in the district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.

- You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

- You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right of consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.

- You shall not knowingly leave the judicial district without the permission of the court or probation officer.

- You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

- You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

- You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in residence occupants, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

- You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

- You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

- You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

- You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.

- You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

- You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.

- You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

- You shall reside in a residential reentry center for a term of up to 180 days. You shall abide by the rules and regulations of the facility.

- You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

- You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treating physician.

- You shall pay the costs associated with the following imposed conditions of supervised release: substance abuse or alcohol treatment program and substance abuse testing, and mental health treatment, to the extent you are financially able to pay. The probation officer shall determine your ability to pay and any schedule of payment.

- You shall be monitored by Radio Frequency for a period of up to 4 months from June 10, 2016, to commence as soon as practical, and shall abide by all the technology requirements. You may be restricted to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court-ordered obligations, or other activities as pre-approved by the probation officer. You shall pay all the costs of participation in the program, in accordance with your ability to pay.

Date: <u>August 24, 2016</u>

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal